Case 5:22-cv-01492-NC   Document 12   Filed 06/2

FILED

Jun 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Joshua L. Goldstein, Esq. Bar # 332467
Email: jg@jgoldlaw.com
Attorney for Plaintiff, Mahsa Kamali Moghaddam
Goldstein Immigration Lawyers
2217 Jerome Way
Los Angeles, CA 90039
Phone Number: (213) 425-1979
Fax Number: (617) 890-0325

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAHSA KAMALI MOGHADDAM, Plaintiff, | Civil Action No. 5:22-cv-01492-NC (ECF) |
| v. | |
| *ANTONY BLINKEN, et al.* Defendants. | **ORDER** |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this 24th day of June, 2022.

GRANTED
Judge Nathanael M. Cousins

_____
The Honorable Nathanael M. Cousins, United States District Judge

**LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED**
**TO BE NOTIFIED OF THE ORDER'S ENTRY**

The following attorneys are entitled to be notified of the entry of this Order:

JOSHUA L. GOLDSTEIN, ESQ.
Attorney for Plaintiff
Goldstein Immigration Lawyers
2217 Jerome Way
Los Angeles, CA 90039
Telephone: 213-425-1979
Email: jg@jgoldlaw.com
United States District Court Northern District of California Bar #332467

ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
FAX: (415) 436-6748